# Court of Appeals
# of the State of Georgia

ATLANTA,____May 03, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1325.  DAVID H. POER III v. MOHAMMED AKHAND.

Upon consideration of the motion for extension which has been contemporaneously filed in the office of the Clerk of this Court on April 26, 2016, on behalf of the appellant in the above case, it is ordered that said motion be denied.

This appeal was docketed in this Court on March 26, 2016. Appellant's brief was due to be filed within 20 days of docketing.[1] By order of this Court, appellant was given an extra 10 days and ordered to file an enumeration of error(s) and a brief no later than April 26, 2016.

As of the date of this order, Appellant has not filed an enumeration of error(s) or brief as ordered by the Court, and as the appellant's motion for extension is denied, this appeal is **DISMISSED**.[2]



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____05/03/2016____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.

---

[1] Court of Appeals Rule 23.

[2] Court of Appeals Rules 7, 23.